RECEIVED
OCT 2 5 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARIO K. JOHNSON | CIVIL ACTION 1:16-CV-00786 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN, FCI-POLLOCK | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Johnson's habeas petition (Doc. 15) is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 25th day of October, 2017.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE